UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. WATZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, et al.,<br><br>    Defendants. | Case No.  23-cv-00890-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to *Watkze v. Watzke*, 22-49-JST.

**IT IS SO ORDERED.**

Dated: March 20, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge